Meredith E. Marcus
Daley Disability Law, P.C.
4256 N. Ravenswood Ave., Suite 104
Chicago, Illinois 60613
(312) 561-3030 (phone)
(312) 284-4773 (fax)
mmarcus@fdaleylaw.com
Attorney Bar Number: 6303890 (IL)
Lead attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| DALE G. CORTEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, COMM'R OF SOC. SEC.,<br><br>        Defendant | Case No.: 3:23-cv-391-CLB<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION TO FILE THE REPLY BRIEF** |

    NOW COMES Plaintiff, Dale G. Cortez by and through the undersigned attorneys and requests an unopposed five (5) day extension to file the Reply Brief in this case.

1) The Reply Brief is due today, February 21, 2024.

2) The undersigned was unable to complete the brief by today's date as she had a Reply Brief due February 16, (Spencer v. O'Malley, 2:23-cv-01604-DWL-CDB, AZ D. Ct), a Reply Brief due February 19 (Turner v. O'Malley, 3:23-cv-50213, N.D. Ill) and 20th Zickert v. O'Malley (3:23-cv-584-wmc, W.D. Wisc.) and an Opening Brief due today for the Middle District of Florida in the case of Van Ingen v. O'Malley, 6:23-cv-2046. She has an oral argument on February 23rd for the Western District of Wisconsin.

3) The Commissioner has been contacted and has no objection to this motion.

PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION TO FILE THE REPLY BRIEF - 1

WHEREFORE, Plaintiff, Dale G. Cortez by and through the undersigned attorneys requests an unopposed five (5) day extension to file the Reply Brief in this case making it due on or before February 26, 2024.

Dated: February 21, 2024                                  Respectfully submitted,

s/ Meredith E. Marcus                                     s/ Hal Taylor
Meredith E. Marcus                                        Hal Taylor
Lead attorney for Plaintiff                               Local counsel for Plaintiff
Dale G. Cortez                                            Dale G. Cortez
Daley Disability Law, P.C.                                2551 W. Lakeridge Shores
4256 N. Ravenswood Ave., Suite 104                        Reno, NV 89509
Chicago, Illinois 60613                                   Tel: 775-825-2223
(312)-561-3030; (312) 284-4773 (fax)                      Fax: 775-329-1113
mmarcus@fdaleylaw.com                                     haltaylorlawyer@gbis.com

**IT IS SO ORDERED.**

**DATED:** February 21, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION TO FILE THE REPLY BRIEF - 2